# United States District Court

United States District Court
Southern District of Texas
FILED
SEP - 5 2016
David J. Bradley, Clerk

SOUTHERN _____ DISTRICT OF _____ TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Jesus MARTINEZ-Lopez
YOB: 1961
COC: Mexico

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: M-16-1635-M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 4, 2016** in **Starr** County, in the **Southern** District of **Texas** defendant(s) did,

being then and there an alien, who had been previously **deported/removed** from the United States in pursuance of law did therefore knowingly, willfully and in violation of law attempt to gain illegal entry into the United States, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a re-application by the defendant for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Customs and Border Protection Officer** and that this complaint is based on the following facts:

The defendant was apprehended at the Roma, Texas Port of Entry attempting to enter the United States illegally by walking through a commercial bus lane. During the initial encounter, the defendant claimed that he was a Legal Permanent Resident of the United States. He was escorted into secondary for further inspection.

In secondary, database queries revealed the defendant was last deported/removed to Mexico on 06/20/2012 through Laredo, Texas. Records show no evidence exists of the defendant having obtained permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States. The defendant is a citizen of Mexico and has no legal status in the United States. On 0/08/2009, the defendant was convicted of 8 USC 1326, and was sentenced to 41 months confinement, and 36 months supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
**Nidia Trevino**
Printed Name of Complainant

Approved By: K. Reese

September 5, 2016 _____ 4:04 p.m. _____ at **McAllen, Texas**
Date                                         City and State

**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer